AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee



FILED
MAY 04 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Search of )
)
ONE APPLE IPHONE MODEL:A1984, S/N: )
G0QXM2L6KXKQ, IMEI: 357345096752041, IMEI: ) Case No. 3:20-MJ-1045
357345096787088, CURRENTLY LOCATED AT THE )
KNOXVILLE FIELD OFFICE OF THE FEDERAL )
BUREAU OF INVESTIGATION )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the  Eastern  District of  Tennessee  *(identify the person or describe property to be searched and give its location)*:
One Apple iPhone Model: A1984, S/N G0QXM2L6KXKQ, IMEI: 357345096752041, IMEI: 357345096787088 as described on Attachment A, hereto.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B, hereto.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

X evidence of a crime;

X contraband, fruits of crime, or other items illegally possessed;

X property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of  18  U.S.C. §§  2251, 2252 and 2252A , and the application is based on these facts:

See Attached Affidavit of Johnson City Resident Agency of the FBI, Special Agent Paul A. Durant

☐ Continued on the attached sheet. [See attached affidavit, incorporated herein by reference.]

☐ Delayed notice ___ days (give exact ending date if more than 30 _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Paul A. Durant,
Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/24/2020

*Judge's signature*

City and state:  Knoxville, Tennessee   Debra C. Poplin, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

The property to be searched is a(n) Red Apple IPhone Model: A1984, S/N G0QXM2L6KXKQ, IMEI: 357345096752041, IMEI: 357345096787088, hereinafter the "Device." The device is owned by Chris Thurman. The Device is currently located at Knoxville Field Office of the FBI.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

# ATTACHMENT B

1. All records on the Device described in Attachment A that relate to violations of Title 18 U.S.C. §§ 2251, 2252 and 2252A and involve Alan Malott and Christopher Thurman including:

   a. Photographs, images and video, including but not limited to, sexually explicit photographs of minors.

   b. Files depicting sexual conduct involving minors or persons who appear to be minors.

   c. Evidence of user attribution showing who used or owned the electronic devices at the time the things described in the warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

   d. Records of communication (as might be found, for example, in digital data files) between individuals concerning the topic of child pornography, the existence of sites on the Internet that contain child pornography or who cater to those with an interest in child pornography, as well as evidence of membership in online clubs, groups, services, or other Internet sites that provide or make accessible child pornography to its members and constituents.

   e. Records of Internet Protocol addresses used;

   f. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

2. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.